Bankers Healthcare Group, LLC v Geneve (2026 NY Slip Op 01669)

Bankers Healthcare Group, LLC v Geneve

2026 NY Slip Op 01669

Decided on March 20, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, CURRAN, SMITH, AND DELCONTE, JJ.

149 CA 25-00072

[*1]BANKERS HEALTHCARE GROUP, LLC, PLAINTIFF-RESPONDENT,
vDINA M. GENEVE, DOING BUSINESS AS MARGARET P. GENEVE, NP, AND MARGARET P. GENEVE, DEFENDANT-APPELLANT. 

ANTHONY J. PIETRAFESA, SYRACUSE, FOR DEFENDANT-APPELLANT. 
BYRNE, COSTELLO & PICKARD, P.C., SYRACUSE (JORDAN R. PAVLUS OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Onondaga County (Robert E. Antonacci, II, J.), entered December 23, 2024. The order, insofar as appealed from, denied the motion of defendant to dismiss the complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: March 20, 2026
Ann Dillon Flynn
Clerk of the Court